UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM EVANS,<br>   Petitioner,<br><br>v.<br><br>WARDEN FELIPE MARTINEZ;<br>PA BOARD OF PROBATION AND PAROLE;<br>THE DISTRICT ATTORNEY OF THE COUNTY<br>OF PHILADELPHIA; and THE ATTORNEY GENERAL<br>OF THE STATE OF PENNSYLVANIA<br>   Respondents. | No. 2:21-cv-03693 |

**O R D E R**

  **AND NOW**, this 3rd day of January, 2022, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

  1. Petitioner's Nunc Pro Tunc motion to file objections to the Report and Recommendation ("R&R"), ECF No. 30, is **GRANTED**.

  2. Petitioner's objections to the R&R, ECF No. 29, are **OVERRULED**.

  3. The R&R., ECF No. 28, is **ADOPTED**;

  4. The petition for writ of habeas corpus, ECF Nos. 1 and 24, is **DISMISSED**.

  5. There is no basis for the issuance of a certificate of appealability.

  6. This action is **CLOSED**.

            BY THE COURT:


            */s/ Joseph F. Leeson, Jr.*
            JOSEPH F. LEESON, JR.
            United States District Judge